1 ALLAN E. ANDERSON (SBN 133672)
aanderson@rmkb.com
2 SEAN P. FLYNN (SBN 220184)
sflynn@rmkb.com
3 ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
4 Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
5 Facsimile: (213) 312-2001

6 Attorneys for Defendant
REGIONAL ADJUSTMENT BUREAU, INC.
7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

11 GARY and JULIA PROBST,   |   Case No. EDCV09-01458 VAP (OPx)

12         Plaintiffs,   |   **NOTICE OF SETTLEMENT**

13 v.   |   Judge: Virginia A. Phillips
Courtroom: 2
14 REGIONAL ADJUSTMENT BUREAU, INC,

15         Defendant.

16

17

18

19     Pursuant to Local Rule 40.2, the parties, through their respective counsel of record, hereby inform the Court that they have reached settlement and are in the process of finalizing documents, which will be finalized within the next 30 days.

20

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

RC1/5376280.1/PF1                                                   NOTICE OF SETTLEMENT

1  The parties therefore jointly request that the Court vacate all current dates
2  and set an OSC re dismissal approximately 45 from today's date.
3
4
5
6  Dated: September 8, 2009        ROPERS, MAJESKI, KOHN & BENTLEY
7
8
                                   By:/S/ Sean P. Flynn
9                                     ALLAN E. ANDERSON
                                       SEAN P. FLYNN
10                                     Attorneys for Defendant
                                       REGIONAL ADJUSTMENT
11                                     BUREAU, INC.
12
13 Dated: September 8, 2009        LAW OFFICES OF TODD M. FRIEDMAN PC
14
15
16                                 By:/S/ Todd M. Friedman
                                       TODD M. FRIEDMAN
17                                     tfriedman@AttorneysForConsumers.com
                                       Attorneys for Plaintiff
18                                     GARY PROBST
19
20
21
22
23
24
25
26
27
28

- 2 -
RC1/5376280.1/
PF1                                                NOTICE OF SETTLEMENT